194

NEW YORK LIFE INSURANCE COMPANY, PLAINTIFF-RE-
SPONDENT, v. ALOEUS J. PHILLIPS, *ET AL.*, DEFEND-
ANTS-PETITIONERS.

*Mr. Michael G. Alenick* for the petitioners.

*Messrs. Mantel & Mantel, Mr. Elmer O. Godwin* and *Mr.
Harry M. Creo* for the respondents.

October 14, 1963.  Denied.

JAMES E. HULMES, PLAINTIFF-RESPONDENT, v. JOHN
GLAAB, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Schneider & Morgan, Mr. Robert J. C. McCoid,
Messrs. Stalter, Doan & DeYoe* and *Mr. Aaron Dines* for the
petitioners.

*Messrs. Margolis, Margolis & Turak* for the respondent.

October 14, 1963.  Denied.